UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUNG DANG, M.D., | CIVIL JUDGMENT |
| Plaintiff, | CASE NO. 3:21-cv-5544-RJB |
| v. | |
| MARK JOHNSON, WILLIAM M. BRUEGGEMANN, RICK J. GLEIN, ROMAN S. DIXON, JR., DEBRA L. DEFREYN, CHRISTINA PFLUGER, and TIMOTHY H. SLAVIN, | |
| Defendants. | |

___  **Jury Verdict.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Plaintiff's Motion for Partial Summary Judgment (Dkt. 103) IS DENIED;

- State Defendants' Motion for Summary Judgment (Dkt. 101) IS GRANTED;

- This case IS CLOSED.

Dated this 22nd day of June 2023.

                                    Ravi Subramanian
                                    Clerk of Court

                                    s/Tyler Campbell
                                    Tyler Campbell, Deputy Clerk

Judgment