# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUNG DANG, M.D.,<br><br>                              Plaintiff,<br><br>v.<br><br>MARK JOHNSON, et al<br><br>                              Defendants. | NOTICE OF CIVIL APPEAL<br><br>CASE NO. **3:21-cv-05544**<br><br>District Court Judge: Robert J. Bryan |

Notice is hereby given that pursuant to 28 U.S.C. §1291, Hung Dang, M.D., *Pro se* Appellant appeals to the United States Court of Appeals for the Ninth Circuit from ORDERS TO DISMISS (Dockets #42, 43, 63, and 110) entered in this action on 11/02/2021, 11/03/2021, 02/28/2022, and 06/21/2023, respectively. Judgment (Docket #111) was entered on 06/22/2023.

Date: July 21, 2023

s/Hung Dang

Hung Dang, M.D., *Pro se* Appellant
27222 10th Ave S.
Des Moines, WA 98198
hdang72@gmail.com; hungdang007@gmail.com
253-973-9732